BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. JOHNS ) | Case No. 15-320 AC |
| ) | |
| ) | **STIPULATION AND ~~PROPOSED~~** |
| ) | **ORDER EXTENDING PLAINTIFF'S** |
| Plaintiff, ) | **TIME TO FILE SUMMARY** |
| ) | **JUDGMENT MOTION** |
| v. ) | |
| ) | |
| COMMISSIONER OF SSA ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from July 30, 2015, to August 27, 2015, with all other deadlines extended accordingly. This extension is required due to the counsel's crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: July 29, 2015 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: July 29, 2015 | Benjamin B. Wagner <br> United States Attorney |
| | Donna L. Calvert <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
| | /s/ Marla Letellier <br> MARLA LETELLIER |
| | Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:   August 3, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE