BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER L. JOHNS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:15-cv-00320-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR FIRST EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30 day extension, from October 5, 2015 to November 4, 2015, in which to respond to Plaintiff's Motion for Summary Judgment.

    This is Defendant's first request for an extension. This request is the result of a heavy workload for counsel responsible for briefing, as well as the fact that counsel will out of the office from October 2, 2015 through October 12, 2015.

Stip for EOT, 2:15-cv-00320-AC                  1

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: October 1, 2015         By: /s/ *Marla K. Letellier*
                                MARLA K. LETELLIER
                                Special Assistant United States Attorney
                                Attorneys for Defendant

LAW OFFICES OF BESS M. BREWER

Dated: October 1, 2015         By: */s/ Bess M. Brewer*
                                BESS M. BREWER
                                Attorney for Plaintiff
                                (as approved by email on October 1, 2015)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: October 5, 2015         _____
                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE

Stip for EOT, 2:15-cv-00320-AC                    2