BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER L. JOHNS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:15-cv-00320-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30 day extension, from November 4, 2015 to December 4, 2015, in which to respond to Plaintiff's Motion for Summary Judgment.

    This is Defendant's second request for an extension. Defendant requests this extension in order to further analyze the legal and factual issues raised in this case and to pursue potential settlement of this matter.

Stip for EOT, 2:15-cv-00320-AC                1

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: November 4, 2015    By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

LAW OFFICES OF BESS M. BREWER

Dated: November 5, 2015    By: /s/ *Bess M. Brewer*
BESS M. BREWER
Attorney for Plaintiff
(as approved by email on November 5, 2015)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: November 5, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip for EOT, 2:15-cv-00320-AC                2