1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DEBORAH STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   MARLA K. LETELLIER, CSBN 234969
4  Special Assistant United States Attorney
         160 Spear Street, Suite 800
5        San Francisco, California 94105
         Telephone:  (415) 977-8928
6        Facsimile:  (415) 744-0134
         E-Mail:  Marla.Letellier@ssa.gov
7
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER L. JOHNS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:15-cv-00320-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THIRD EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 14 day extension, from December 4, 2015 to December 18, 2015, in which to respond to Plaintiff's Motion for Summary Judgment.

   This is Defendant's third request for an extension. Defendant regretfully requests this extension because counsel for Defendant is currently out of the office due to illness. Additionally, Defendant requests this additional time in order to pursue potential settlement of this matter.

Stip for EOT, 2:15-cv-00320-AC                    1

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: December 4, 2015          By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

LAW OFFICES OF BESS M. BREWER

Dated: December 4, 2015          By: */s/ Bess M. Brewer*
BESS M. BREWER
Attorney for Plaintiff
(as approved by email on December 4, 2015)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: December 4, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip for EOT, 2:15-cv-00320-AC                    2