UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LOUISE JOHNS, | No. 2:15-cv-0320 AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has filed a motion for attorney's fees under the Equal Access to Justice Act ("EAJA"). ECF No. 26. Accordingly, IT IS HEREBY ORDERED that defendant shall file a response not later than 30 days from the date of this order. Plaintiff's Reply, if any, shall be filed no later than 21 days from the date defendant's response is filed.

DATED: December 7, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE